IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHARLENE HAYES SIMPSON and  )
JOISHA ARTOR SIMPSON,       )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )      2:16cv701-MHT
                            )          (WO)
PRIMERICA LIFE INSURANCE    )
CO., and ROBERT NELSON,     )
individually and in his     )
official capacity,          )
                            )
    Defendants.             )
```

OPINION AND ORDER

Plaintiffs filed this lawsuit in state court asserting that defendants, without authorization, withdrew funds from plaintiffs' bank account, and that this withdrawal led ultimately to the repossession of plaintiffs' vehicle. Defendants removed this case to federal court on the basis of diversity jurisdiction. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the plaintiffs' remand motion be granted and that the case be remanded to state court for lack of subject-matter jurisdiction. Also before the court is

defendants' objection to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The objection (doc. no. 18) is overruled.

(2) The magistrate judge's recommendation (doc. no. 17) is adopted.

(3) The plaintiffs' motion to remand (doc. no. 7) is granted.

(4) Pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Montgomery County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 30th day of June, 2017.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**